**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Danyelle L. Pierce,                          Case No. 3:16CV421

        Plaintiff

        v.                                   **JUDGMENT ENTRY**

Commissioner of Social Security,

        Defendant

In accordance with the order entered contemporaneously with this judgment entry, it is hereby ORDERED THAT:

1. The Commissioner's objections (Doc. 22) to the Magistrate Judge's Report and Recommendation be, and the same hereby are, sustained; and

2. The Commissioner's decision denying plaintiff's application, on behalf of her minor child, S.J.P., for children's supplemental security income, be, and the same hereby is, affirmed.

So ordered.

                                                   /s/ James G. Carr
                                                   Sr. U.S. District Judge